IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RONALD PARAHAM,** ) | |
| ) | |
| Plaintiff, ) | Cause No. 3:21-cv-01588-SMY |
| ) | |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| **BI-STATE DEVELOPMENT AGENCY** ) | |
| **OF MISSOURI-ILLINOIS** ) | |
| **METROPOLITAN DISTRICT** ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

In accordance with Rule 41(a)(1)(A)(ii), Plaintiff Ronald Paraham and Defendant Bi-State Development Agency of Missouri-Illinois Metropolitan District stipulate to the dismissal of this action with prejudice, each Party to bear its own costs and attorneys' fees.

Respectfully submitted this 13th day of February, 2023, by:

**McMICHAEL, LOGAN, SCHAEFFER, & GILPIN**

/s/ *J. Clayton Schaeffer*
J. Clayton Schaeffer, #67444MO
Attorneys for Plaintiff
7710 Carondelet Ave., Suite 217
Clayton, MO 63105
(314) 492-2577 Office
(888) 823-1441 Facsimile
clay@mcmichael-logan.com

and

/s/ *Daniel P. O'Donnell , Jr.*
Daniel P. O'Donnell, Jr, #59770MO
Ford Harrison LLP
Attorneys for Defendant
7777 Bonhomme Avenue

Suite 1710
St. Louis, MO 63105
314-257-0304
Fax: 314-257-0325
DODonnell@fordharrison.com