# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RONALD PARAHAM, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) ) Case No. 21-CV-1588-SMY |
| BI-STATE DEVELOPMENT AGENCY OF MISSOURI-ILLINOIS, METROPOLITAN DISTRICT, | ) ) ) ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that, pursuant to the Stipulation of Dismissal (Doc. 34), this matter is **DISMISSED with prejudice**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED: February 13, 2023**

MONICA A. STUMP,
Clerk of Court

By: s/Stacie Hurst, Deputy Clerk

Approved:

**STACI M. YANDLE**
**United States District Judge**